[No. 20688-9-II.    Division Two.    October 3, 1997.]

RICHARD KOSINSKI, *Appellant*, v. PAULA JAMISON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-01769-1, M. Karyln Haberly, J., entered April 12, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 21336-2-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EMANUEL VELASCO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00288-0, F. Mark McCauley, J., entered November 1, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 21449-1-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ALLEN HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01400-1, Thomas L. Lodge, J., entered December 11, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21495-4-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. COLLEEN B. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00243-1, David E. Foscue, J., entered December 23, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ. Now published at 88 Wn. App. 541.